IN RE: MEDICAL REVIEW PANEL FOR
THE CLAIM OF KAYLA MARLES
NEVILLE

NO. 20-C-127

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

May 26, 2020

Mary E. Legnon
Chief Deputy Clerk

---

**ON APPLICATION FOR REHEARING**

---

Panel composed of Susan M. Chehardy,
Marc E. Johnson, and John J. Molaison, Jr.

**REHEARING GRANTED, WITH REASONS.**

**SMC**
**MEJ**
**JJM**

IN RE: MEDICAL REVIEW PANEL FOR         NO. 20-C-127
THE CLAIM OF KAYLA MARLES
NEVILLE                                    FIFTH CIRCUIT

                                                       COURT OF APPEAL

                                                       STATE OF LOUISIANA

On April 6, 2020, defendant-applicant, Felix H. Savoie, M.D., filed a writ application seeking review of the trial court's March 4, 2020 judgment denying his exception of prescription.  The application was denied on the basis that it did not comply with the mandatory provisions of Rule 4-5(C) of the Uniform Rules - Courts of Appeal.  Defendant-applicant filed an application for rehearing asserting that due to the constraints and uncertainties regarding deadlines for legal proceedings presented by the COVID-19 pandemic, he was unable to attach the required documents to his original application, and requests that he now be allowed to supplement and amend his application with those documents.

In response to the public health emergency threat of COVID - 19, the Govenor of Louisiana issued Proclamation N0. 30 JBE 2020, which suspended deadlines in legal proceedings in all courts beginning March 16, 2020 until June 5, 2020.[1]  Because the delay for filing the defendant-applicant's original writ application fell within the deadline suspension of the COVID-19 state of emergency,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the application for rehearing filed by defendant-applicant, Felix H. Savoie, M.D., is **GRANTED**.

IT IS FURTHER ORDERED that, defendant-applicant, Felix H. Savoie, M.D., be allowed to file a supplemental and amending writ application for reconsideration, and shall include a written transcript of the February 7, 2020 proceedings, on or before June 12, 2020.

---

[1]     The Governor's original order extended deadlines until April 13, 2020, but was later amended in Proclamation No. 59 JBE 2020 extending the deadlines to Friday, June 5, 2020.

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

MARY E. LEGNON
CHIEF DEPUTY CLERK

SUSAN BUCHHOLZ
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **05/26/2020** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**20-C-127**

### E-NOTIFIED

Michael G. Bagneris (Respondent)

Michael F. Nolan (Relator)
Don S. McKinney (Respondent)

### MAILED